UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

HAROLD FURBAY,

        Petitioner,          Case No. **CV-**N-04-0289-ECR(RAM)

vs.          **MINUTES OF THE COURT**

MICHAEL BUDGE, et al.,          **DATE:** November 7, 2005

        Respondents. /

**PRESENT:**
**THE HONORABLE:** ROBERT A. MCQUAID, JR **UNITED STATES MAGISTRATE JUDGE**

**DEPUTY CLERK:** GINA MUGNAINI     **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS: XXX**

     Respondents move the Court for an enlargement of time to file their response to the Petition for Writ of Habeas Corpus on file in this action (docket #41), seeking until December 5, 2005. Counsel asserts that the petition, which contains numerous claims and duplicative assertions requires more time than anticipated to review and analysis. Good cause appearing,

     It is therefore **ORDERED** that the motion (docket #41) shall be **granted.** The response shall be due on or before December 5, 2005.

                                                  **LANCE S. WILSON, CLERK**

                                                 **By:** /s/
                                                        **Deputy Clerk**